JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE JACKSON and BERNICE JACKSON, <br><br> Plaintiffs, <br><br> vs. <br><br> CITIGROUP, INC. and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: CV 10-4310 DSF (JCx) <br><br><br> JUDGMENT |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiffs as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed without prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/16/10

_____
Dale S. Fischer
United States District Judge